**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |
|---|---|
| Case No.: | 19-43449-MXM |
| Case Name: | TIN TOP DECKING LLC |
| For the Period Ending: | 12/31/2020 |

| | |
|---|---|
| Trustee Name: | John Dee Spicer |
| Date Filed (f) or Converted (c): | 08/23/2019 (f) |
| §341(a) Meeting Date: | 10/22/2019 |
| Claims Bar Date: | 04/29/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CASH AND CASH EQUIVALENTS | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Cash on hand | | | | | |
| 2 | CASH AND CASH EQUIVALENTS | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Chase - Business Checking Account | | | | | |
| 3 | CASH AND CASH EQUIVALENTS | $8,000.00 | $8,000.00 | | $3,857.75 | FA |
| Asset Notes: | Bank of America - Business Checking Account | | | | | |
| 4 | ACCOUNTS RECEIVABLE | $15,960.00 | $15,960.00 | | $0.00 | FA |
| Asset Notes: | Accounts receivable 90 days old or less: $15,960.00 | | | | | |
| 5 | ACCOUNTS RECEIVABLE | $32,530.00 | $32,530.00 | | $0.00 | FA |
| Asset Notes: | Accounts receivable over 90 days old = $32,530.00 | | | | | |
| 6 | OFFICE FURNITURE | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | Office desks (4); Credenzas (3); Sitting chairs (5); Desk chairs (4); Refrigerator; Coke machine; Sofa/loveseat; Pub table; Pub table chairs (2) | | | | | |
| 7 | OTHER PROPERTY NOT ALREADY LISTED | $17,972.14 | $17,972.14 | | $0.00 | FA |
| Asset Notes: | Reimbursement claim against Ricky DeLeon for use of debtor's equipment rental account and repayment thereof | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $75,962.14 | $75,962.14 | | $3,857.75 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/31/2020 | The Trustee will file a No Distribution Report with Minimal Funds |
| 09/15/2020 | The Trustee has obtained an order to pay expenses and distribute excess funds to the members of the debtor. The Trustee has made the disbursements and will file a No Distribution Report with Minimum Funds. |
| 12/31/2019 | The Trustee will make demand on the accounts receivable. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2022 | **Current Projected Date Of Final Report (TFR):** | 01/31/2021 |

/s/ JOHN DEE SPICER
JOHN DEE SPICER